STATE v. MOORE

No. 556A90-3

Case below: Forsythe County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Forsyth County, allowed 4 November 1999 for the limited purpose of reviewing the following claims, I(A), (B) and (C) and II(B)(1) as set forth at page 4 of Judge Woods' order dated 11 February 1998: I. The trial judge violated Mrs. Moore's federal and state constitutional rights to be present at every stage of her trial, to a public trial, and to due process of law by: (A) giving ex parte admonitions to the jury; (B) having ex parte meetings with the jury and (C) visiting the jury room during deliberations, and II. Mrs. Moore's federal and state constitutional right to due process of law and a fair and impartial jury were violated by prosecutorial misconduct in failing to reveal Ms. Branch's financial and personal ties to juror Rayvon Richardson. All other claims by defendant are hereby denied.

STATE v. OWEN

No. 337P99

Case below: 133 N.C.App. 543

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. PARKER

No. 334P99

Case below: 133 N.C.App. 658

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. PRETTY

No. 426P99

Case below: 134 N.C.App. 379

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.